Allen R. LAMONT, Plaintiff–Appellant,

v.

Sgt. CREWS; Cpt. Maurice,
Defendants–Appellees.

No. 15–6750.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Allen R. Lamont, Appellant Pro Se. Margaret Hoehl O'Shea, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen R. Lamont appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamont v. Sgt. Crews*, No. 1:14–cv–00853–CMH–IDD (E.D.Va. May 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*